UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JENNY MILMAN and ELLEN THOMAS, on Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:13-CV-7750 |
| | | Judge Rebecca Pallmeyer |
| Plaintiffs, | | Magistrate Judge Sheila Finnegan |
| v. | | |
| THERMOS L.L.C., | | |
| Defendant. | | |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT, AUTHORIZATION OF PROPOSED
CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING**

Plaintiffs, on behalf of themselves and all other similarly situated, by and through their undersigned counsel, hereby move for (a) conditional certification of the Class; (b) appointment of Plaintiffs as representatives of the Class; (c) appointment of Plaintiffs' counsel as Class Counsel; (d) preliminary approval of the proposed Settlement Agreement, attached to the concurrently submitted memorandum of law as Exhibit 1; (e) authorization to distribute the proposed Class Notice; and (f) scheduling of a final approval hearing for the Settlement. In support of the instant motion, Plaintiffs incorporate their concurrently filed memorandum of law and the exhibit thereto, and the declaration of Janine L. Pollack and the exhibits thereto.

Dated: December 17, 2014

Respectfully submitted,

/s/ Janine L. Pollack
Janine L. Pollack
Lydia Keaney Reynolds
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
270 Madison Avenue, 10th Floor
New York, New York 10016

1

Telephone: 212-545-4600
Facsimile: 212-545-4653
pollack@whafh.com
reynolds@whafh.com

Theodore Bell
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
55 West Monroe Street
Suite 1111
Chicago, Illinois 60603
Telephone: 312-984-0000
Facsimile: 312-984-0001
tbell@whafh.com

Lee S. Shalov
**MCLAUGHLIN & STERN LLP**
260 Madison Avenue
New York, New York 10016
Telephone: 646-278-4298
Facsimile: 212-448-0066
lshalov@mclaughlinstern.com

Brett D. Zinner
**ROSENBERG FORTUNA & LAITMAN LLP**
666 Old Country Road, Suite 810
Garden City, New York 11530
Telephone: 516-228-6666
Facsimile: 516-228-6672
brett@rfllaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on December 17, 2014, she caused the foregoing document to be filed with the clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Janine L. Pollack
Janine L. Pollack